FILED

01/10/2025

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 24-0562

IN THE SUPREME COURT OF THE STATE OF MONTANA

No. DA 24-0562

STATE OF MONTANA,

Plaintiff and Appellee,

v.

ISAAC TRIMBLE,

Defendant and Appellant.

**ORDER**

Upon consideration of Appellant's motion for a 30-day extension of time, and good cause appearing therefore, Appellant is granted an extension of time up to and including February 12, 2025, in which to prepare, file and serve the Appellant's opening brief in the above-entitled matter.

Electronically signed by:
Bowen Greenwood
Clerk of the Supreme Court
January 10 2025